198

(No. 5968—)

MAX SHAPS, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF PUBLIC AID, Respondent.

*Opinion filed April 27, 1971.*

MAX SHAPS, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PERLIN, C.J.

(No. 5977—)

JOHN R. CASTRO and GEORGE R. BACKER, Claimants, *vs.* STATE OF ILLINOIS, DEPARTMENT OF CORRECTIONS, Respondent.

*Opinion filed April 27, 1971.*

KLEIMAN, CORNFIELD AND FELDMAN, Attorneys for Claimants.

WILLIAM J. SCOTT, Attorney General, for Respondent.

PERLIN, C.J.